# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THREE RIVERS PROVIDER NETWORK, INC.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>MERITAIN HEALTH, INC. fka NORTHAMERICAN HEALTH PLANS, INC., and DOES 1-100,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 07CV1900 WQH (BLM)<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE HEARING DATE ON MOTION TO DISMISS |

HAYES, Judge:

On September 28, 2007, Plaintiff Three Rivers Provider Network, Inc. filed the Complaint in this matter against Defendant Meritain Health, Inc. (Doc. # 1). On November 19, 2007, Defendant filed a motion to dismiss the Complaint, and the Court set a hearing date for Monday, December 17, 2007. (Doc. # 11). On November 27, 2007, the parties filed a joint motion to continue the hearing date on Defendant's motion to dismiss. (Doc. # 12).

Good cause appearing, the joint motion (Doc. # 12) to continue the hearing date on Defendant's motion to dismiss is GRANTED. The hearing date for Defendant's motion to dismiss is hereby continued to January 15, 2008. There will not be oral argument.

**IT IS SO ORDERED**.

DATED: November 28, 2007

　　　　　　　　　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　　　　　　　　　　**WILLIAM Q. HAYES**
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge