# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THREE RIVERS PROVIDER NETWORK, INC., <br><br>                                    Plaintiff, <br><br>    vs. <br><br> MERITAIN HEALTH, INC. fka NORTH AMERICAN HEALTH PLANS, INC.; CHRISTINE CALARCO; JOSEPH COFFEY; and DOES 1-100, <br><br>                                    Defendants. | CASE NO. 07CV1900 WQH (BLM) <br><br> ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO FILE A DECLARATION UNDER SEAL |

HAYES, Judge:

On September 28, 2007, Plaintiff Three Rivers Provider Network filed the Complaint in this matter against Defendants Meritain Health, Inc., American Health Plans, Inc., Christine Calarco, and Joseph Coffey. (Doc. # 1). On January 9, 2008, Plaintiff filed a motion for leave to file a Second Amended Complaint. (Doc. # 23). On January 28, 2008, Defendant Meritain Health, Inc. filed an opposition to the motion for leave to amend. (Doc. # 26). Plaintiff's reply brief is due Monday, February 4, 2008.

On January 29, 2008, Plaintiff filed an ex parte application requesting that the Court (1) allow Plaintiff to file a declaration to support its reply brief under seal, and (2) allow Plaintiff additional time to file the reply brief. (Doc. # 28). Defendant Meritain filed a declaration indicating that it does not oppose Plaintiff's request to file a declaration under seal.

1  Good cause appearing, Plaintiff's ex parte application (Doc. # 28) to file a declaration under
2  seal is GRANTED. Plaintiff's request for additional time to file a reply brief is DENIED. Plaintiff's
3  reply brief in support of its motion for leave to amend remains due Monday, February 4, 2008.

4  **IT IS SO ORDERED**.

5  DATED: January 31, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge